| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF ILLINOIS |
| Case number *(if known)* _____   Chapter   7 |
| ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | The View Wilshire LLC |
| **2.** | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 45-2348501 |

| | | | |
|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business**  853 N. Elston Avenue  Chicago, IL 60642  Number, Street, City, State & ZIP Code  Cook  County | **Mailing address, if different from principal place of business**  _____  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  _____  Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ | |

Debtor  The View Wilshire LLC _____    Case number (*if known*) _____
        Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   __5313__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  ☐ A plan is being filed with this petition.
  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

Debtor  The View Wilshire LLC _____  Case number (*if known*) _____
      Name

**11. Why is the case filed in *this district*?**  *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
   Contact name _____
   Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**  *Check one:*

- ☐ Funds will be available for distribution to unsecured creditors.
- ■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than100,000

**15. Estimated Assets**

- ■ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

---

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 3

Debtor  The View Wilshire LLC                    Case number (*if known*)
        Name

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   August 12, 2016
              MM / DD / YYYY

**X**  /s/ Judi Fishman                                       Judi Fishman
       Signature of authorized representative of debtor        Printed name

Title   Sec/Tr of JMCP Corp., Mgr. of The View Wilshire LLC

**18. Signature of attorney**

**X**  /s/ Steven B. Towbin                      Date  August 12, 2016
       Signature of attorney for debtor                MM / DD / YYYY

Steven B. Towbin
Printed name

Shaw Fishman Glantz & Towbin LLC
Firm name

321 N. Clark Street
Suite 800
Chicago, IL 60654
Number, Street, City, State & ZIP Code

Contact phone  312-541-0151     Email address

2848546
Bar number and State

# United States Bankruptcy Court
**Northern District of Illinois**

In re: The View Wilshire LLC

Debtor(s)

Case No.

Chapter 7

# VERIFICATION OF CREDITOR MATRIX

Number of Creditors: 24

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: August 12, 2016

/s/ Judi Fishman

Judi Fishman/Sec/Tr of JMCP Corp., Mgr. of The View Wilshire LLC
Signer/Title

.

Accu-Test Structural Laboratories,
23915 Venture Blvd.
Calabasas, CA 91302-1445


Blue Stallion, Inc. dba Accu-Test
c/o Feldman & Associates, Inc.
11030 Santa Monica Blvd., Suite 109
Los Angeles, CA 90025


California Franchise Tax Board
Bankruptcy Section MS A340
PO Box 2952
Sacramento, CA 95812-2952


Federal Street Corporation
c/o Von Behren and Hunter LLP
2041 Rosecrans Av., Suite 367
El Segundo, CA 90245


Federal Street Holdings, LLC
c/o Von Behren and Hunter LLP
2041 Rosecrans Av., Suite 367
El Segundo, CA 90245


Federal Street, L.A., LLC
c/o Von Behren and Hunter LLP
2041 Rosecrans Av., Suite 367
El Segundo, CA 90245


Hermes Capital LLC
910 W. Van Buren St.
Chicago, IL 60607


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


JDI Realty L.L.C.
853 N. Elston Av.
Chicago, IL 60622


JMCP Corporation
853 N. Elston Ave
Chicago, IL 60642

```
JMCP Corporation
853 N. Elston Ave.
Chicago, IL 60642


JMCP Manager, LLC
853 N. Elston Ave.
Chicago, IL 60642


JMCP, LLC
853 N. Elston Ave.
Chicago, IL 60642


Judi Fishman
923 W. Webster
Chicago, IL 60614


Jung Jae Lee
Dapsipli 5-999
Duksan Megatrium, Apt. 101-1105
Seoul, Korea


Jung Jae Lee
218 Jikdong-ri
Sohul-up, Poncheon-si
Kyeonggi-do, Korea


Michael C. Winter
452 Castle Pine Lane
Deerfield, IL 60015


Michael C. Winter
452 Castle Pine Lane
Riverwoods, IL 60015


Milan Properties, LLC
c/o Palmer Lombardi and Donohue LLP
515 S. Flower St., Suite 2100
Los Angeles, CA 90071


Milan Properties, LLC
888 Disneyland Dr., Suite 10
Anaheim, CA 92802
```

Ostrow Reisin Berk & Abrams, Ltd.
455 North Cityfront Plaza Dr.
Suite 1500
Chicago, IL 60611-5313


Phillip Shinn
LimNexus LLP
1055 W. Seventh St., Suite 2800
Los Angeles, CA 90017


Tivoli Capital, Inc.
c/o Palmer Lombardi and Donohue LLP
515 S. Flower St., Suite 2100
Los Angeles, CA 90071


Tivoli Square Apartments, L.P.
c/o Palmer Lombardi and Donohue LLP
515 S. Flower St., Suite 2100
Los Angeles, CA 90071