# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re:                                              §
                                                    §
THE VIEW WILSHIRE LLC,                              §          Case No. 16-26231
                                                    §
                        Debtor(s)                   §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter      of the United States Bankruptcy Code was filed on
    .   The undersigned trustee was appointed on              .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to
the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned
pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the
disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                    $

              Funds were disbursed in the following amounts:

              Payments made under an interim
              disbursement
              Administrative expenses
              Bank service fees
              Other payments to creditors
              Non-estate funds paid to 3rd Parties
              Exemptions paid to the debtor
              Other payments to the debtor

              Leaving a balance on hand of[1]              $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement
will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the
maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was                    and the deadline for filing governmental claims was                  . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $             .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $        as interim compensation and now requests a sum of $           , for a total compensation of $           [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $        , and now requests reimbursement for expenses of $          , for total expenses of $          [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/Phillip D. Levey_____
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:    1

Exhibit A

Case No:    16-26231    JBS    Judge: JACK B. SCHMETTERER

Case Name:    THE VIEW WILSHIRE LLC,

For Period Ending:  07/15/18

Trustee Name:    Phillip D. Levey

Date Filed (f) or Converted (c):    08/16/16 (f)

341(a) Meeting Date:    09/09/16

Claims Bar Date:    02/02/17

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking Account - Private Bank | 50.11 | 50.11 | | 0.00 | FA |
| 2. Escrow Account-First American Title | 3,486.96 | 0.00 | | 14,794.44 | FA |
| 3. Derivative Claim for Indemnity (u) | Unknown | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| | | | | | |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $3,537.07 | $50.11 | | $14,794.44 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Preparation of TFR.

Initial Projected Date of Final Report (TFR): 04/30/18        Current Projected Date of Final Report (TFR): 09/30/18

Page: 1

**FOR PERIOD**

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | | |
|---|---|---|
| Case No: | 16-26231  -JBS | |
| Case Name: | THE VIEW WILSHIRE LLC, | |
| Taxpayer ID No: | *******8501 | |
| For Period Ending: | 07/15/18 | |

| | |
|---|---|
| Trustee Name: | Phillip D. Levey |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******5216  Checking |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/26/17 | 2 | First American Title Insurance Company | Escrow Turnover | 1129-000 | 14,794.44 | | 14,794.44 |
| 05/05/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 14,784.44 |
| 06/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.98 | 14,762.46 |
| 07/10/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.24 | 14,741.22 |
| 08/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.92 | 14,719.30 |
| 09/08/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.88 | 14,697.42 |
| 10/06/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.15 | 14,676.27 |
| 11/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.82 | 14,654.45 |
| 12/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.08 | 14,633.37 |
| 01/08/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.76 | 14,611.61 |
| 02/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.72 | 14,589.89 |
| 02/22/18 | 010001 | International Sureties, Ltd. 701 Poydras Street - Suite 420 New Orleans, LA 70139 | Trustee's Bond | 2300-000 | | 5.90 | 14,583.99 |
| 03/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.59 | 14,564.40 |
| 03/21/18 | 010002 | JMCP Manager, LLC Miriam Stein 30 S Wacker Drive 26th Floor Chicago, Il 60606 | SETTLEMENT Payment in full of Claim No. 4 filed by JMCP Manager, LLC pursuant to Order dated February 6, 2018. | 4220-000 | | 8,000.00 | 6,564.40 |
| 04/06/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.65 | 6,542.75 |
| 05/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.87 | 6,529.88 |
| 06/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,519.88 |

| | | |
|---|---|---|
| Page Subtotals | 14,794.44 | 8,274.56 |

Page:    2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No:          16-26231  -JBS
Case Name:     THE VIEW WILSHIRE LLC,

Trustee Name:                                  Phillip D. Levey
Bank Name:                                     ASSOCIATED BANK
Account Number / CD #:                 *******5216  Checking

Taxpayer ID No:   *******8501
For Period Ending:  07/15/18

Blanket Bond (per case limit):    $  5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 14,794.44 | 8,274.56 | 6,519.88 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 14,794.44 | 8,274.56 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 14,794.44 | 8,274.56 | |

* Reversed
t  Funds Transfer

| | | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|---|
| | | Checking - *******5216 | | 14,794.44 | 8,274.56 | 6,519.88 |
| | | | | ----------------------- | ----------------------- | ----------------------- |
| | | | | 14,794.44 | 8,274.56 | 6,519.88 |
| | | | | ============== | ============== | ============== |
| | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                    0.00                    0.00

Ver: 20.00j

| | | | | | |
|---|---|---|---|---|---|
| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | Date: July 15, 2018 |

Case Number:  16-26231
Debtor Name:  THE VIEW WILSHIRE LLC,
Claims Bar Date: 02/02/17

Priority Sequence

Joint Debtor:

| Code # | Creditor Name & Address | Claim Class | Notes | | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|---|
| 001<br>3110-00 | Phillip D. Levey | Administrative | | | $0.00 | $8,145.00 | $8,145.00 |
| 001<br>3410-00 | Lois West<br>Kutchins, Robbins & Diamond, Ltd.<br>1101 Perimeter Drive - Suite 760<br>Schaumburg, IL  60173 | Administrative | | | $0.00 | $969.00 | $969.00 |
| 001<br>2100-00 | Phillip D. Levey | Administrative | | | $0.00 | $2,229.44 | $2,229.44 |
| 001<br>2200-00 | Phillip D. Levey | Administrative | | | $0.00 | $63.52 | $63.52 |
| | Subtotal for Priority 001 | | | | $0.00 | $11,406.96 | $11,406.96 |
| 000004<br>050<br>4220-00 | JMCP Manager, LLC<br>Miriam Stein<br>30 S Wacker Drive 26th Floor<br>Chicago, Il 60606 | Secured<br>(4-1) amount unknown<br>(4-1)<br>modified on 2-2-17 to correct creditor address/name (nm) | | | $0.00 | $8,000.00 | $8,000.00 |
| | | | 2221655216  03/21/18 | 10002 | 8,000.00 | | |
| | Subtotal for Priority 050 | | | | $0.00 | $8,000.00 | $8,000.00 |
| 000001<br>070<br>7100-00 | Franchise Tax Board<br>Bankruptcy Section MS A340<br>Franchise Tax Board<br>P O Box 2952<br>Sacramento, CA 95812-2952 | Unsecured | | | $0.00 | $868.11 | $868.11 |
| 000002<br>070<br>7100-00 | Gould & Ratner LLP<br>222 N. LaSalle St.,<br>Ste. 800<br>Chicago, IL 60601 | Unsecured<br>(2-1) Services Performed. | | | $0.00 | $1,474.00 | $1,474.00 |
| 000003<br>070<br>7100-00 | Blue Stallion Inc.<br>23915 Ventura Blvd.<br>Calabasas, CA 91302 | Unsecured | | | $0.00 | $22,696.12 | $22,696.12 |
| 000005<br>070<br>7100-00 | JMCP, LLC<br>c/o David R. Herzog<br>77 West Washington Street<br>Suite 1400<br>Chicago, IL  60602 | Unsecured | | | $0.00 | $30,000.00 | $30,000.00 |
| | Subtotal for Priority 070 | | | | $0.00 | $55,038.23 | $55,038.23 |
| BOND<br>999<br>2300-00 | International Sureties, Ltd.<br>701 Poydras Street - Suite 420<br>New Orleans, LA 70139 | Administrative<br>Trustee's Bond | | | $0.00 | $5.90 | $5.90 |
| | | | 2221655216  02/22/18 | 10001 | 5.90 | | |
| | Subtotal for Priority 999 | | | | $0.00 | $5.90 | $5.90 |

Page 2

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: July 15, 2018

| Case Number: | 16-26231 | | Priority Sequence | | | |
| Debtor Name: | THE VIEW WILSHIRE LLC, | | | Joint Debtor: | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|--------|------------------------|-------------|-------|-----------|---------|---------|
| | Case Totals: | | | $0.00 | $74,451.09 | $74,451.09 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 16-26231
Case Name: THE VIEW WILSHIRE LLC,
Trustee Name: Phillip D. Levey

Balance on hand                                           $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000004 | JMCP Manager, LLC Miriam Stein 30 S Wacker Drive 26th Floor Chicago, Il 60606 | $ | $ | $ | $ |

Total to be paid to secured creditors          $_____

Remaining Balance                              $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Phillip D. Levey | $ | $ | $ |
| Trustee Expenses: Phillip D. Levey | $ | $ | $ |
| Attorney for Trustee Fees: Phillip D. Levey | $ | $ | $ |
| Accountant for Trustee Fees: Lois West | $ | $ | $ |
| Other: International Sureties, Ltd. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses     $_____

Remaining Balance                                          $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $      must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Franchise Tax Board Bankruptcy Section MS A340 Franchise Tax Board P O Box 2952 Sacramento, CA 95812-2952 | $ | $ | $ |
| 000002 | Gould & Ratner LLP 222 N. LaSalle St., Ste. 800 Chicago, IL 60601 | $ | $ | $ |
| 000003 | Blue Stallion Inc. 23915 Ventura Blvd. Calabasas, CA 91302 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|-------------------------|--------------------------|------------------|
| 000005 | JMCP, LLC<br>c/o David R. Herzog<br>77 West Washington Street<br>Suite 1400<br>Chicago, IL 60602 | $ | $ | $ |

Total to be paid to timely general unsecured creditors          $_____

Remaining Balance          $_____

Tardily filed claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be        percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be        percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE