UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) |
| The View Wilshire, LLC, | )    Case No. 16 B 26231 |
| | ) |
| Debtor(s). | ) |

**CERTIFICATE OF SERVICE RE NOTICE OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

I, Phillip D. Levey, an attorney, certify, that on August 25, 2018, I served the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object on the persons/entities listed on the accompanying Service List by either depositing the same in the U.S. Mail in envelopes, with proper postage prepaid, or via CM/ECF.

_/s/ Phillip D. Levey_

Phillip D. Levey
2722 North Racine Avenue
Chicago, IL 60614
773-348-9682

Blue Stallion Inc.
23915 Ventura Blvd.
Calabasas, CA 91302-1445

Blue Stallion, Inc. dba Accu-Test
c/o Feldman & Associates, Inc.
11030 Santa Monica Blvd., Suite 109
Los Angeles, CA 90025-7553

California Franchise Tax Board
Bankruptcy Section MS A340
PO Box 2952
Sacramento, CA 95812-2952

Federal Street Corporation
c/o Von Behren and Hunter LLP
2041 Rosecrans Av., Suite 367
El Segundo, CA 90245-4795

Federal Street Holdings, LLC
c/o Von Behren and Hunter LLP
2041 Rosecrans Av., Suite 367
El Segundo, CA 90245-4795

Federal Street, L.A., LLC
c/o Von Behren and Hunter LLP
2041 Rosecrans Av., Suite 367
El Segundo, CA 90245-4795

Gould & Ratner LLP
222 N. LaSalle St.,
Ste. 800
Chicago, IL 60601-1086

Hermes Capital LLC
910 W. Van Buren St.
Chicago, IL 60607-3576

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

JDI Realty L.L.C.
853 N. Elston Av.
Chicago, IL 60642-4132

JMCP Corporation
853 N. Elston Ave
Chicago, IL 60642-4102

JMCP Manager, LLC
c/o Miriam Stein
30 S Wacker Drive 26th Floor
Chicago, Il 60606-7512

JMCP, LLC
c/o David R. Herzog
77 West Washington Street - Suite 17117
Chicago, IL 60602

Judi Fishman
923 W. Webster
Chicago, IL 60614-3617

Jung Jae Lee
218 Jikdong-ri
Sohul-up, Poncheon-si
Kyeonggi-do, Korea

Jung Jae Lee
Dapsipli 5-999
Duksan Megatrium, Apt. 101-1105
Seoul, Korea

Michael C. Winter
452 Castle Pine Lane
Riverwoods, IL 60015-1311

Michael C. Winter
709 Central Ave
Deerfield, Il 60015-4310

Milan Properties, LLC
888 Disneyland Dr., Suite 10
Anaheim, CA 92802-1847

Milan Properties, LLC
c/o Palmer Lombardi and Donohue LLP
515 S. Flower St., Suite 2100
Los Angeles, CA 90071-2217

Ostrow Reisin Berk & Abrams, Ltd.
455 North Cityfront Plaza Dr.
Suite 1500
Chicago, IL 60611-5379

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

Phillip Shinn
LimNexus LLP
1055 W. Seventh St., Suite 2800
Los Angeles, CA 90017-2554

Richard M. Fogel
Shaw Fishman Glantz & Towbin LLC
321 N Clark St., Suite 800
Chicago, IL 60654-4766

Steven B Towbin
Shaw Fishman Glantz & Towbin LLC
321 N Clark St
Suite 800
Chicago, IL 60654-4766

The View Wilshire LLC
853 N. Elston Avenue
Chicago, IL 60642-4102

Tivoli Capital, Inc.
c/o Palmer Lombardi and Donohue LLP
515 S. Flower St., Suite 2100
Los Angeles, CA 90071-2217

Tivoli Square Apartments Lp
c/o Milan Properties LLC
888 Disneyland Dr Ste 101
Anaheim, CA 92802-1845

Tivoli Square Apartments Lp Tivoli
Capital Inc and Milan Properties LLC
Milan Capital Management
888 S Disneyland Drive Ste 101
Anaheim, CA 92802-1845

Tivoli Square Apartments, L.P.
c/o Palmer Lombardi and Donohue LLP
515 S. Flower St., Suite 2100
Los Angeles, CA 90071-2217

Travis R. Eagan
11030 Santa Monica Blvd., Suite 109
Los Angeles, CA 90025-7553