UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                    §
                                          §
                                          §
THE VIEW WILSHIRE LLC,                    §        Case No. 16-26231
                                          §
                                          §
         Debtor(s)                        §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

     Phillip D. Levey, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

     1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

     2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

     3) Total gross receipts of $     (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    (see **Exhibit 2**), yielded net receipts of $     from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/Phillip D. Levey_____
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | JMCP Manager, LLC  853 N. Elston Ave., Chicago, IL 60642 |  |  |  |  |  |
|  | Tivoli Square Apartments, L.P.  c/o Milan Properties, LLC,  888 Disneyland Dr., Suite 101, Anaheim, CA 92802 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004 | JMCP MANAGER, LLC | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:LEVEY, PHILLIP D. | | | | | |
| TRUSTEE EXPENSES:LEVEY, PHILLIP D. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| ASSOCIATED BANK | | | | | |
| ATTORNEY FOR TRUSTEE FEES (TRUSTEE FIRM):LEVEY, PHILLIP D. | | | | | |
| ACCOUNTANT FOR TRUSTEE FEES (OTHER FIRM):KUTCHINS, ROBBINS & DIAMOND, LTD. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | California Franchise Tax Board Bankruptcy Section MS A340, PO Box 2952, Sacramento, CA 95812-2952 | | | | | |
| | Internal Revenue Service PO Box 7346, Philadelphia, PA 19101-7346 | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Blue Stallion, Inc. dba Accu-Test c/o Feldman & Associates, Inc. 11030 Santa Monica Blvd., Suite 109, Los Angeles, CA 90025 |  |  |  |  |  |
|  | Hermes Capital LLC 910 W. Van Buren St., Chicago, IL 60607 |  |  |  |  |  |
|  | JMCP LLC 853 N. Elston Ave, Chicago, IL 60642 |  |  |  |  |  |
|  | Jung Jae Lee Dapsipli 5-999, Duksan Megatrium, Apt. 101-1105, Seoul, Korea |  |  |  |  |  |
|  | Ostrow Reisin Berk & Abrams, Ltd. 455 North Cityfront Plaza Dr. Suite 1500, Chicago, IL 60611-5313 |  |  |  |  |  |
| 000003 | BLUE STALLION INC. |  |  |  |  |  |
| 000001 | FRANCHISE TAX BOARD |  |  |  |  |  |
| 000002 | GOULD & RATNER LLP |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005 | JMCP, LLC | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 16-26231 | JBS | Judge: JACK B. SCHMETTERER | Trustee Name: | Phillip D. Levey |
| Case Name: | THE VIEW WILSHIRE LLC, | | | Date Filed (f) or Converted (c): | 08/16/16 (f) |
| | | | | 341(a) Meeting Date: | 09/09/16 |
| For Period Ending: | 07/15/18 | | | Claims Bar Date: | 02/02/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking Account - Private Bank | 50.11 | 50.11 | | 0.00 | FA |
| 2. Escrow Account-First American Title | 3,486.96 | 0.00 | | 14,794.44 | FA |
| 3. Derivative Claim for Indemnity (u) | Unknown | 0.00 | | 0.00 | FA |

|  |  |  |  |  |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $3,537.07 | $50.11 | $14,794.44 | Gross Value of Remaining Assets $0.00 |
| | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Preparation of TFR.

Initial Projected Date of Final Report (TFR): 04/30/18     Current Projected Date of Final Report (TFR): 09/30/18

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 16-26231 -JBS | | Trustee Name: | Phillip D. Levey |
| Case Name: | THE VIEW WILSHIRE LLC, | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******5216 Checking |
| Taxpayer ID No: | *******8501 | | | |
| For Period Ending: | 12/15/18 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/26/17 | 2 | First American Title Insurance Company | Escrow Turnover | 1129-000 | 14,794.44 | | 14,794.44 |
| 05/05/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 14,784.44 |
| 06/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.98 | 14,762.46 |
| 07/10/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.24 | 14,741.22 |
| 08/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.92 | 14,719.30 |
| 09/08/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.88 | 14,697.42 |
| 10/06/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.15 | 14,676.27 |
| 11/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.82 | 14,654.45 |
| 12/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.08 | 14,633.37 |
| 01/08/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.76 | 14,611.61 |
| 02/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.72 | 14,589.89 |
| 02/22/18 | 010001 | International Sureties, Ltd. 701 Poydras Street - Suite 420 New Orleans, LA 70139 | Trustee's Bond | 2300-000 | | 5.90 | 14,583.99 |
| 03/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.59 | 14,564.40 |
| 03/21/18 | 010002 | JMCP Manager, LLC Miriam Stein 30 S Wacker Drive 26th Floor Chicago, Il 60606 | SETTLEMENT Payment in full of Claim No. 4 filed by JMCP Manager, LLC pursuant to Order dated February 6, 2018. | 4220-000 | | 8,000.00 | 6,564.40 |
| 04/06/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.65 | 6,542.75 |
| 05/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.87 | 6,529.88 |
| 06/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,519.88 |
| 10/08/18 | 010003 | Phillip D. Levey | Trustee Compensation | 2100-000 | | 1,274.28 | 5,245.60 |
| 10/08/18 | 010004 | Phillip D. Levey | Trustee Expenses | 2200-000 | | 36.31 | 5,209.29 |
| 10/08/18 | 010005 | Phillip D. Levey | Attorney for Trustee Fees (Trustee | 3110-000 | | 4,655.44 | 553.85 |
| 10/08/18 | 010006 | Lois West Kutchins, Robbins & Diamond, Ltd. 1101 Perimeter Drive - Suite 760 | Accountant for Trustee Fees (Other | 3410-000 | | 553.85 | 0.00 |

Page Subtotals    14,794.44    14,794.44

Ver: 21.00

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

FORM 2

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 16-26231 -JBS | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | THE VIEW WILSHIRE LLC, | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******5216  Checking |
| Taxpayer ID No: | *******8501 | | |
| For Period Ending: | 12/15/18 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Schaumburg, IL  60173 | | | | | |

\* Reversed
t Funds Transfer

| | | | | |
|---|---|---|---|---|
| | COLUMN TOTALS | | 14,794.44 | 14,794.44 | 0.00 |
| | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | Subtotal | | 14,794.44 | 14,794.44 | |
| | Less: Payments to Debtors | | | 0.00 | |
| | Net | | 14,794.44 | 14,794.44 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking - ********5216 | 14,794.44 | 14,794.44 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 14,794.44 | 14,794.44 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          0.00          0.00

Ver: 21.00

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*